995 F. Supp. 123

NSK Ltd., NSK Corp., Koyo Seiko Co., Ltd., Koyo Corp. of U.S.A., NTN Corp., NTN Bearing Corp. of America, American NTN Bearing Manufacturing Corp., NTN Bower Corp., and NTN Driveshaft, Inc., plaintiffs and defendant-intervenors, and Nippon Pillow Block Sales Co., Ltd. and FYH Bearing Units USA, plaintiffs *v.* United States, defendant, and Torrington Co., defendant-intervenors and plaintiff, and Honda Motor Co., Ltd., American Honda Motor Co., Inc., Honda of America Mfg., Inc., and Honda Power Equipment Mfg., Inc., defendant-intervenors

Consolidated Court No. 95–03–00239

(Dated March 24, 1998)

## ORDER

Tsoucalas, *Senior Judge:* Upon consideration of the comments filed by the parties, and all other papers and proceedings herein, it is hereby

Ordered that Slip Op. 98–11, issued on February 4, 1998, be amended pursuant to this order; and it is further

Ordered that the case be remanded to the Department of Commerce to exclude from NTN's home market database only those "sample and other similar transfers" for which NTN received no consideration; and it is further

Ordered that the Department of Commerce shall conclude the determination pursuant to the Court remand within 60 days from the date of this order.